# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **CRIMINAL ACTION FILE** |
| v.  : | **NO. 1:20-CR-00481-SCJ-RDC** |
| : | |
| **ELDRIDGE MAURICE BENNETT** : | |
|    Defendant. : | |
| _____ : | |

## UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING

COMES NOW, Defendant Eldridge Maurice Bennett, by and through counsel of record, and respectfully moves this Court to continue the Evidentiary Hearing scheduled for July 7th, 2022 and in support thereof shows the Court the following:

1.

The above reference case is scheduled for an Evidentiary Hearing on July 7th, 2022.

2.

Counsel for Defendant is respectfully requesting a continuance to allow counsel additional time to review information received today from the Government and confer with the Defendant.

3.

Counsel for the Defendant has conferred with the Government and the Government does not oppose this motion.

4.

Accordingly, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A), the parties request that the Court direct the Clerk of Court to exclude from computation under the Speedy Trial Act.

**WHEREFORE,** Counsel for Defendant is respectfully requesting that this matter be continued for thirty (30) days excluding counsels leave of absence time.

**RESPECTFULLY SUBMITTED,** this 6th day of July, 2022.

| | |
|---|---|
| D. Lowell Thomas, PC | **/s/Dwight L. Thomas** |
| 2296 Henderson Mill Rd, Suite 304 | Dwight L. Thomas |
| Atlanta, GA 30345 | Attorney at Law |
| (404) 522-1400 PHONE | State Bar No: 704825 |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :<br>:<br>: **CRIMINAL ACTION FILE** |
| v. | : NO. 1:20-CR-00481-SCJ-RDC<br>: |
| **ELDRIDGE MAURICE BENNETT**<br>    Defendant.<br>_____ | :<br>:<br>: |

## CERTIFICATE OF SERICE

I have this day served a copy of the foregoing motion using the ECF system,

which will send notification of such filing to the following:

> Honorable Irina K. Dutcher
> Assistant United States Attorney
> Northern District of Georgia
> 75 Ted Turner Drive, S.W.
> Atlanta, GA 30303

**RESPECTFULLY SUBMITTED,** this 6th day of July, 2022.

| | |
|---|---|
| D. Lowell Thomas, PC | **/s/Dwight L. Thomas** |
| 2296 Henderson Mill Rd, Suite 304 | Dwight L. Thomas |
| Atlanta, GA 30345 | Attorney at Law |
| (404) 522-1400 PHONE | State Bar No: 704825 |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| : | **CRIMINAL ACTION FILE** |
| v. : | **NO. 1:20-CR-00481-SCJ-RDC** |
| : | |
| : | |
| **ELDRIDGE MAURICE BENNETT** : | |
|    **Defendant.** : | |
| _____ : | |

## **ORDER**

Said matter having come before the Court for a continuance of the evidentiary hearing scheduled for July 7, 2022, and the matters asserted in support of said Motion having been duly considered by this Court,

**IT IS HEREBY ORDERED** that said request is hereby **GRANTED**. The Evidentiary Hearing shall be continued and held in this case on _____ at _____ a.m./p.m.

The that the delay between the original and rescheduled pretrial conferences shall be excluded from Speedy trial Act calculations because the Court finds that the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C.§ 3161, *et seq*.

This\_\_\_ day of _____, 2022

_____
Judge Regina D. Cannon
United States Magistrate Court