# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00481-SCJ-RDC
## USA v. Cofield et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 12/04/2023.

TIME COURT COMMENCED: 12:00 P.M.
TIME COURT CONCLUDED: 12:30 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Viola Zborowski
USPO: Candice Logan
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [2]Eldridge Maurice Bennett Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA<br>Dwight Thomas representing Eldridge Maurice Bennett |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing as to Count 7 held. Sentence imposed: 48 months imprisonment; 3 years supervised release; $11,000,000.00 restitution (joint and several with codefendants); $100.00 special assessment; voluntary surrender. Defendant was advised of his appeal rights by the Court. |
| HEARING STATUS: | Hearing Concluded |